# Exhibit A

# HELFERICH PATENT LICENSING

[Home] [Portfolio] [Licensing]

*patent management and licensing company specializing in the licensing of multimedia delivery technology*



Helferich Patent Licensing, LLC.
70 West Madison Street
Three First National Plaza
Suite 1400
Chicago, IL 60602-4270

The Technologies licensed by HPL are protected by a portfolio of patents covering the United Stated and other countries.

HPL has an exclusive right to grant licenses under the patents in the portfolio.

Products, systems, methods and services licensed by HPL include but are not limited to:

©2008 Helferich Patent Licensing, LLC. All rights reserved. Trademarks are property of their respective owners.

# HELFERICH PATENT LICENSING

*patent management and licensing company specializing in the licensing of multimedia delivery technology*



Helferich Patent Licensing, LLC.
70 West Madison Street
Three First National Plaza
Suite 1400
Chicago, IL 60602-4270
Tel: 321-214-7265

Click below to view each patent at the U.S Patent and Trademark Office. Please allow 15 seconds to load.

7,280,838 Paging transceivers and methods for selectively retrieving messages

7,277,716 Systems and methods for delivering information to a communication device

7,242,951 Paging transceivers and methods for selectively retrieving messages

7,155,241 Systems and methods for enabling a user of a communication device to manage remote information

7,146,157 Systems and methods for downloading audio information to a mobile device

7,039,428 System and method for delivering information to a transmitting and receiving device

7,003,304 Paging transceivers and methods for selectively retrieving messages

6,983,138 User interface for message access

6,826,407 System and method for integrating audio and visual messaging

6,696,921 Transmitting and receiving devices and methods for transmitting data to and receiving data from a communications system

6,636,733 Wireless messaging method

6,462,646 Transmitting and receiving devices and methods for transmitting data to and receiving data from a communication system

6,459,360 Networks, communication systems, transmitting and receiving devices and methods for transmitting, receiving, and erasing stored information

6,259,892 Pager transceiver and methods for performing action on information at desired times

6,253,061 Systems and methods for delivering information to a transmitting and receiving device

6,233,430 Paging transceivers and methods for selectively retrieving messages

6,097,941 User interface for voice message access

6,087,956 Paging transceivers and methods for selectively erasing information

Case 1:12-cv-05847-JBW-MDG   Document 11-1   Filed 01/07/13   Page 4 of 5 PageID #: 717

# Helferich
# Patent
# Licensing

**Lic**

**Name**
Address
Town

Phone: 12345678
Fax: 12345678



Technologies licensed by HPL are protected by a portfolio of patents covering a large number of countries.

HPL has an exclusive right to grant licenses under the patents in the portfolio.

Products, systems, methods and services licensed by HPL include: